FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNIE HARRIS
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. 18-7685

SECTION

SECT. AMAG. 3

versus

~~TN~~
SHERIFF MARLIN GUSMAN
DIRECTOR OF MEDICAL JOHN DOE
AND INMATE GREEN

Print the full name of all defendants in this action.
**DO NOT WRITE *et al.***

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (X)

TENDERED FOR FILING

AUG 14 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

Plaintiffs ______________________

Defendants ______________________

2. Court (If federal court, name of the district court; if state court, name the parish.) ______________________

3. Docket Number ______________________

4. Name of judge to whom case was assigned ______________________

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) ______________________

6. Approximate date of filing lawsuit ______________________

7. Approximate date of disposition ______________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (X)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

______________________

II. PLACE OF PRESENT CONFINEMENT: ______________________

A. Is there a prisoner grievance procedure in this institution?
Yes (X) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (X) No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. ______________

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? YES

D. If your answer is NO, explain why you have not done so: ______

## III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff (First - Middle - Last) JOHNNIE HARRIS

Prisoner Number ~~#26~~ 319532

Address OJC POD 1-D, 3000 PERDIDO St

Date of Birth NEW ORLEANS, LA 70119, 10-29-74

Date of Arrest 5-18-2018

Date of Conviction 7-30-2018

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant MARLIN GUSMAN is employed as SHERIFF at ORLEANS PARISH JAIL
Address for service: 3000 PERDIDO ST, NEW ORLEANS, LA 70119

C. Defendant ~~DIRECTOR OF MEDICAL~~ ~~is~~ employed as ______ at ______
Address for service: ______

D. Defendant JOHN DOE is employed as DIRECTOR OF MEDICAL at ORLEANS PARISH JAIL
Address for service: 3000 PERDIDO ST., NEW ORLEANS, LA 70119

E. Defendant INMATE GREEN ~~is employed as~~ ______ at ~~ORLEANS PARISH JAIL~~
Address for service: 3000 PERDIDO ST. NEW ORLEANS, LA 70119

F. Defendant ______ is employed as ______ at ______
Address for service: ______

G. Defendant ______ is employed as ______ at ______
Address for service: ______

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

INMATE GREEN ATTACKED JOHNNIE HARRIS ON 7-26-2018 AND BROKE MY JAW SECURITY INTERVENED AND ESCORTED MR. HARRIS TO PRISON INFIRMARY MR. HARRIS WAS EXAMINED BY INFIRMARY PERSONNEL AND WITHIN 3 HOURS WAS TRANSPORTED TO UNIVERSITY MEDICAL CENTER

I got CAT-Scan and I was admitted over-night, also preped for operation Friday July 27, 2018. At or around 3:45 p.m. the nurse informed me that the operation would be that following Monday 7/30/2018. At or around 5:45 p.m. I was discharged back into the custody of O.J.C. with a list of medications and a liquid diet. Upon returning to OJC I sat in medical while the medical staff put the lists into their computers. I was not administered any medication or nothing to eat. I physically layed in the rack in servere pain and hunger from 7/27/18 until 8/1/2018 when the operation was performed. I went without any food until 8/3/2018, and no medication until 8/1/2018.

TENDERED FOR FILING

AUG 14 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

A) GRANT MONETARY DAMAGES
A) PUNATIVE DAMAGES 100,000.00
B) COMPENSATORY DAMAGES 100,000.00
C) SUBSTANTIAL DAMAGES 100,000.00
DEMAND FOR JURY TRIAL
INVOKE PENDENT JURISDICTION FOR CRIMINAL ALLEGATIONS
AWARD ATTORNEY FEES
AWARD ANY AND ALL OTHER RELIEF PLAINTIFF MAY BE ENTITLED

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 8th day of AUGUST, 2018.

Johnnie Davis
(Signature of Plaintiff)

10/2015

# Orleans Parish Jail
# HARRIS, JOHNNIE (2469979)

Inmate Request System - Inmate Grievances Summary

## Request #507598

Open - 2) Request
HARRIS, JOHNNIE (2469979)
Current Location: OJC1 1 D 12

## Initial Request

Original Location:
8/3/2018 6:32 AM
I need a 1983 form and a copy of everything that I have done on the kiosk in the last 30 days

Mechelle M Delahoussaye
8/3/2018 11:08:00 AM
THIS REQUEST IS CURRENTLY IN PROCESS, AS TO A 1983 FORM PACKET.

VANESSA CLAYTON
8/3/2018 2:28:00 PM
Johnnie Harris the grievance system generate the last 30 days of grievance copies. The Grievance Dept. will provide those copies to you

## Request Members (3 active)

Mechelle M Delahoussaye - 8/03/2018 8:31 AM

Kimberly Cazenave - 8/03/2018 8:16 AM

VANESSA CLAYTON - 8/03/2018 6:32 AM

## Tags (2 active)

GC- Copy of Grievances (Request)
8/3/2018 8:15:00 AM
Erin Williams

LEGL-Request for Service
8/3/2018 8:15:00 AM
Erin Williams

## Activities

8/3/2018 2:28:00 PM
ResponseAdded
VANESSA CLAYTON

8/3/2018 11:08:00 AM
ResponseAdded
Mechelle M Delahoussaye

8/3/2018 8:31:00 AM
AssignmentAdded
Kimberly Cazenave

8/3/2018 8:31:00 AM
AssignmentRemoved
Kimberly Cazenave

8/3/2018 8:16:00 AM
AssignmentRemoved
Erin Williams

8/3/2018 8:16:00 AM
AssignmentRemoved
Erin Williams

8/3/2018 8:16:00 AM
AssignmentRemoved
Erin Williams

8/3/2018 8:16:00 AM
AssignmentAdded
Erin Williams

8/3/2018 8:16:00 AM
AssignmentAdded
Erin Williams

8/3/2018 8:15:00 AM
TagAdded
Erin Williams

8/3/2018 8:15:00 AM
TagAdded
Erin Williams

---

## Request #507408

Closed - 1) Grievance
HARRIS, JOHNNIE (2469979)
Current Location: OJC1 1 D 12

## Initial Request

## Request Members (1 active)

S Cooper, MA - 8/02/2018 8:27 AM

## Tags (1 active)

Original Location:
8/2/2018 8:23 AM
7/26/2018 I suffer a fracture jaw and didnot receive any type of diet until 8/1/2018.On 7/27/2018 UMC inform OJC that I needed a luquid diet

Inmate Comment
8/2/2018 9:03:00 AM
Attn: Warden Harris and the head of medical staff : I have not received any of my liquid diet in 6 days as told to me by UMC I am starving and cant eat any solid food My jaw is wired shut I want this forwarded to the federal jail monitors and the federal director of the jail

S Cooper, MA
8/2/2018 11:40:00 AM
Mr. Harris , Upon review of your medical chart you were ordered liquid diet along with medications on 7/28/2018 as recommended by Umc providers. This diet order was provided to the kitchen staff. However on 8/1/2018 you were provided with a diet order form to sign acknowledging diet order change. Thanks

MED- Quality of Medical Care
8/2/2018 8:27:00 AM
Erin Williams

## Activities

8/2/2018 11:41:00 AM
RequestClosed
S Cooper, MA

8/2/2018 11:40:00 AM
ResponseAdded
S Cooper, MA

8/2/2018 8:27:00 AM
AssignmentRemoved
Erin Williams

8/2/2018 8:27:00 AM
AssignmentAdded
Erin Williams

8/2/2018 8:27:00 AM
AssignmentRemoved
Erin Williams

8/2/2018 8:27:00 AM
AssignmentRemoved
Erin Williams

8/2/2018 8:27:00 AM
AssignmentRemoved
Erin Williams

8/2/2018 8:27:00 AM
MarkedAsAppealable
Erin Williams

8/2/2018 8:27:00 AM
TagAdded
Erin Williams

---

## Request #505303

Closed - 1) Grievance
HARRIS, JOHNNIE (2469979)
Current Location: OJC1 1 D 12

## Initial Request

Original Location:
7/22/2018 12:18 PM
Monday 7/16/18 I was placed on wound care for 2 suspected insect bites that were draining and open.But they were only cleaned and wrapped on Tuesday 7/17/18 and never cleaned or wrapped again.They are still open.Can I please get some help.

S Cooper, MA
7/24/2018 10:12:00 AM
Mr. Harris thanks for bringing this matter to our attention. The charge nurse will be advised of your medical needs. Thanks

## Request Members (1 active)

S Cooper, MA - 7/22/2018 12:53 PM

## Tags (1 active)

MED- Quality of Medical Care
7/24/2018 10:12:00 AM
S Cooper, MA

## Activities

7/24/2018 10:22:00 AM
RequestClosed
S Cooper, MA

7/24/2018 10:12:00 AM
TagAdded
S Cooper, MA

7/24/2018 10:12:00 AM
ResponseAdded
S Cooper, MA

7/22/2018 12:53:00 PM
AssignmentAdded
TERRI DELILLE

7/22/2018 12:53:00 PM
AssignmentRemoved
TERRI DELILLE

7/22/2018 12:53:00 PM
AssignmentRemoved
TERRI DELILLE

7/22/2018 12:53:00 PM

TENDERED FOR FILING
AUG 14 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

(b) County of Residence of First Listed Plaintiff ORLEANS PARISH
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

County of Residence of First Listed Defendant ORLEANS PARISH
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☒ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☒ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: SECTION 1983

Brief description of cause: MEDICAL AND CIVIL RIGHTS VIOLATIONS

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $300,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE ______ SIGNATURE OF ATTORNEY OF RECORD ______

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

Johnnie Harris #2469979
1-D L-12
3000 Perdido St.
New Orleans, La. 70119





NEW ORLEALS P&DC 70113
MON 13 AUG 2018 PM

Clerk's Office
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, La. 70130