UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNIE HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7685** |
| **SHERIFF MARLIN GUSMAN, ET AL.** | **SECTION: "A"(3)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by Dr. Xuong Nguyen and Nurse Practitioner Deborah Gray, Rec. Doc. 32, is **DENIED**.

New Orleans, Louisiana, this 21st day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE